IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $86,677.01 IN UNITED STATES CURRENCY,

    Defendant.

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Elizabeth Young and pursuant to Rule G(2) of the Supplemental Rules for Admiralty, Maritime and Asset Forfeiture, states:

### JURISDICTION AND VENUE

1. The United States commences this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of the defendant currency based on violations of 21 U.S.C. § 801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2. Venue is proper under 28 U.S.C. § 1395 because the defendant property is located and the acts described herein occurred in the District of Colorado.

### DEFENDANT PROPERTY

3. Defendant property is more fully described as approximately $86,677.01 in United States currency ("defendant $86,677.01") seized on April 12, 2023 from 2713

1

Trenton Way, Fort Collins, Colorado. Defendant $86,677.01 is currently being held by the United States Marshals Service in Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

4. Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**Background of Investigation**

5. The Drug Enforcement Administration ("DEA"), with other law enforcement entities, initiated an investigation into James Casement and Travis Michalowski for offenses related to the illegal distribution and cultivation of marijuana, tax evasion, and money laundering. The investigation showed that James Casement and Travis Michalowski were using an illegal cultivation facility in the Fort Collins, Colorado area for the cultivation of marijuana.

6. On February 15, 2022, the United State Postal Service ("USPS") seized two parcels being shipped to Fort Collins, Colorado. The packages were addressed to 148 Remington Street, Unit 201, Fort Collins, Colorado 80524. One package was addressed to James Casement and the other was addressed to James Cement. Law enforcement officers obtained search warrants for the packages and found a combined total of $33,595.00 in U.S. currency in the two packages.

7. On February 16, 2022, the USPS seized a parcel addressed to Kylie Harris at 104 Park Drive, Greenville, North Carolina 27858. The parcel was mailed from a location in Fort Collins, Colorado, and paid for with cash. Detectives reviewed surveillance video and the person mailing the package resembled that of James

Casement. Law enforcement officers obtained a search warrant for the package and discovered that the parcel contained seven black and clear vacuum/heat sealed bags encased in spray foam. Collectively, the seven vacuum sealed bags contained approximately 3440 grams (approximately 7 pounds) of marijuana.

8. In November 2022, law enforcement officers reviewed Facebook and Instagram accounts associated with James Casement. The social media accounts included photographs of James Casement with another male with the username "start2finish710". A further search on "start2finish710" identified Travis Michalowski as the individual in the photos with James Casement.

9. "710" is a slang term for cannabis oil.

10. Travis Michalowski was found to be associated to a residence located at 2713 Trenton Way in Fort Collins, Colorado, and two units (Units G and I) of a commercial building located at 1413 East Olive Court, Fort Collins, Colorado.

11. The electricity for Unit I was under Mr. Michalowski's name. For the months October 2022 through January 2023, Unit I used approximately 20 times the electricity as other comparably sized units located at 1413 East Olive Court.

12. James Casement was found to be associated with Unit H of the commercial building located at 1413 East Olive Court, Fort Collins, Colorado.

13. Information collected by law enforcement officers caused them to suspect that Units G, H, and I at 1413 East Olive Court, Fort Collins, Colorado, were being used to cultivate marijuana.

14. Larimer County Building and Zoning, the Colorado Department of Revenue Medical Marijuana Enforcement Division, and the Colorado Department of

Agriculture confirmed to law enforcement officers investigating this matter that there was no state or local licensing for the commercial cultivation of marijuana at either 2713 Trenton Way or 1413 East Olive Court, Units G or I.

15. Law enforcement officers were unable to locate any marijuana occupational licensing for Travis Michalowski.

16. Colorado Department of Revenue databases showed that Travis Michalowski did not apply for any sales or excise tax accounts, or a marijuana excise tax license, associated with 1413 East Olive Court, Units G or I, Fort Collins, Colorado. Further, there were no marijuana excise tax returns filed or marijuana excise tax payments made for any marijuana cultivation business at this location.

17. In response to a request by law enforcement officers investigating this matter, the Colorado Department of Public Health and Environment did not locate any medical marijuana caregiver grow registered at 1413 East Olive Court, Fort Collins, Colorado.

18. In February and March 2023, Travis Michalowski was observed by a law enforcement officer at 1413 East Olive Court Units G and I approximately 16 times. Among other things, Mr. Michalowski was observed removing and replacing carbon dioxide cannisters and removing and replacing marijuana growing trays.

19. As of March 2023, Mr. Michalowski was the party responsible for the electrical bill for Unit I at 1413 East Olive Court. In March 2023, Unit I's electrical usage was 11,055 KWH, which was above average for similar units and indicative of a marijuana grow at the unit.

**April 12, 2023 Search of 1413 East Olive Court**

20. On April 12, 2023, law enforcement officers executed of a search warrant at 1413 East Olive Court in Fort Collins, Colorado.

21. In Unit G, among other things, law enforcement officers found identifying information for Mr. Michalowski, marijuana concentrate, money order receipts, five pounds of finished marijuana product, and approximately 273 growing marijuana plants. The 273 plants collectively weighed approximately 153 pounds. The identifying information for Mr. Michalowski included an invoice dated March 20, 2023 that listed Travis Michalowski and Start2Finish, a Ryobi Sawzall with "Travis M" written on the battery plug, and medical marijuana paperwork for Travis Michalowski dated July 20, 2022.

22. In unit H, among other things, law enforcement officers found approximately 374 growing marijuana plants.

23. In unit I, among other things, law enforcement officers found approximately 14 pounds of processed marijuana product, approximately three pounds of marijuana bud, and approximately 173 growing marijuana plants. The 173 plants collectively weighed approximately 324 pounds.

**April 12, 2023 Search of 2713 Trenton Way**

24. On April 12, 2023, a search warrant was executed at 2713 Trenton Way, Fort Collins, Colorado.

25. Travis Michalowski was present at 2713 Trenton Way, Fort Collins, Colorado during the search.

26.     During the search, among other things, law enforcement officers discovered approximately 56 pounds of finished marijuana product, silver bars, collector coins, and defendant $86,677.01.

27.     More specifically, defendant $86,677.01 was found in a safe located in the closet of Mr. Michalowski's bedroom. In the safe there were vacuum sealable bags, jars of THC wax, and vacuum sealed bags of marijuana bud.

### April 12, 2023 Interview of Travis Michalowski

28.     After being advised of his *Miranda* rights, Mr. Michalowski was asked if he was willing to answer questions. Mr. Michalowski told the law enforcement officers that he would answer questions.

29.     Mr. Michalowski told investigators that his company, Start-2-Finish Consulting, is a consulting business for marijuana grows and is sponsored by the company Athena out of California. Mr. Michalowski stated that his company assists dispensaries with cannabis consulting and data analytics. Mr. Michalowski also stated that he works from his home office.

30.     Mr. Michalowski told the law enforcement officers that he does not actively participate in growing marijuana and, instead, assists his clients by showing them the methods he knows. When asked if he enquires about proper licensing with clients, he stated that from time to time he does and he claimed that everyone he works with has proper licenses. When asked again if he had a current marijuana grow, Mr. Michalowski indicated that he did not have a current marijuana grow.

31.     When asked if he had a retail space or office space at 1413 East Olive Court, Mr. Michalowski stated that he did not but that he knew who the law enforcement officers were referring to.

32.     When asked about his activity at 1413 East Olive Court, Mr. Michalowski told the law enforcement officers that Randal Zanstra was a renter of that space in 2017-2018. Mr. Michalowski stated that he believes a man named John is the current renter, but Mr. Michalowski said he doesn't know who is running the current grow operation. Mr. Michalowski stated that his former roommate, Brett Meszaros, works for the current renter maintaining the grow. Mr. Michalowski further stated that he didn't know who the current renter was selling product to, he didn't know how many marijuana plants were at 1413 East Olive Court, and that the grow appeared to be unorganized.

33.     Mr. Michalowski stated that he was most recently at 1413 East Olive Court one month prior to the interview and knew there to be an active marijuana grow at that location and showed up at the location unannounced. Mr. Michalowski stated that he had a key to the building, but didn't state what unit(s) he had keys to.

**Financial Information**

34.     During the April 12, 2023 interview, Mr. Michalowski told the law enforcement officers that the previous year (2022) he earned approximately $100,000 in profits from his business and stated that he also earned approximately $3,000 from cabinetry work in 2022. Mr. Michalowski told the officers he was confident of those numbers because he had recently completed his 2022 tax returns.

35. A query of the Colorado Department of Labor and Employment database for any employment records related to Travis Michalowski found that no Colorado W-2 wages have ever been reported for him.

36. Mr. Michalowski did file taxes and included "Start2finish Consulting" on his Schedule C, which reports the profits or losses from a sole proprietorship, attached to his taxes.

37. According to Mr. Michalowski's 2020 income tax return, Start2finish Consulting had gross receipts or sales of $29,000 and, after expenses of $8,598, reported net profits of $20,402.

38. Also included with his 2020 income tax return was a Schedule E, which reports the supplemental income or losses from rental real estate, partnerships, S corporations, estates, trusts, etc. Mr. Michalowski reported a partnership on this Schedule E but claimed no income from this partnership.

39. Lastly, a Schedule D, which reports capital gains and losses was also included with Mr. Michalowski's 2020 income tax return. This Schedule D reported long term capital gains of $701.

40. Altogether, Mr. Michalowski reported total income of $29,270 in tax year 2020.

41. Mr. Michalowski reported total income of $38,576 in tax year 2021.

42. Mr. Michalowski reported total income of $52,000 in tax year 2022.

43. A review of Mr. Michalowski's personal checking account shows activity inconsistent with the income amounts reported on his taxes.

44. For the period December 16, 2021 through April 17, 2023, Mr. Michalowski deposited cash totaling $63,740 into his personal checking account.

45. The cash deposits were as follows:

| Date | Cash Deposited |
|---|---|
| 12/20/2021 | $ 2,900 |
| 12/21/2021 | $ 3,000 |
| 1/31/2022 | $ 2,100 |
| 2/22/2022 | $ 2,060 |
| 3/14/2022 | $ 3,000 |
| 3/14/2022 | $ 770 |
| 3/16/2022 | $ 2,900 |
| 3/16/2022 | $ 680 |
| 3/17/2022 | $ 1,060 |
| 3/22/2022 | $ 1,600 |
| 4/11/2022 | $ 600 |
| 5/3/2022 | $ 1,160 |
| 5/12/2022 | $ 1,720 |
| 5/16/2022 | $ 1,600 |
| 7/5/2022 | $ 2,200 |
| 7/14/2022 | $ 3,330 |
| 7/14/2022 | $ 2,920 |
| 7/25/2022 | $ 1,920 |
| 8/9/2022 | $ 800 |

| Date | Cash Deposited |
|---|---|
| 8/24/2022 | $ 1,510 |
| 10/28/2022 | $ 2,650 |
| 11/9/2022 | $ 2,000 |
| 12/12/2022 | $ 3,000 |
| 12/12/2022 | $ 2,950 |
| 12/27/2022 | $ 1,100 |
| 1/9/2023 | $ 2,360 |
| 1/9/2023 | $ 1,800 |
| 2/17/2023 | $ 2,180 |
| 3/13/2023 | $ 3,850 |
| 3/17/2023 | $ 1,820 |
| 3/29/2023 | $ 2,200 |
| **Total** | **$63,740** |

46. In 2022, the only year for which the United States has the complete deposit history, Mr. Michalowski deposited $43,630 in cash into his personal checking account.

47. For the period December 16, 2021 through April 17, 2023, Mr. Michalowski also deposited $10,053 into his personal checking account in the form of cashier's checks.

48. For the period December 16, 2021 through April 17, 2023, Mr. Michalowski debited $49,996.52 as payment toward various credit cards.

49. For the period December 16, 2021 through April 17, 2023, Mr. Michalowski debited $24,000 as payment to his mother, likely as rent for 2713 Trenton Way.

50. For the period December 16, 2021 through April 17, 2023, Mr. Michalowski debited $171,500 as payment to DraftKings, a gambling website and application. During the same period he deposited $67,250 in winnings from DraftKings for a total of debit of -$104,250 in losses to DraftKings.

**July 7, 2023 Interview of John Manns**

51. On July 7, 2023, law enforcement officers interviewed John Manns. Mr. Manns is the owner of 1413 East Olive Court.

52. Mr. Manns told law enforcement officers that Mr. Michalowski leased Unit G of 1413 East Olive Court. He also stated that Mr. Michalowski typically paid the lease for Unit G with $1,400 of cash and the lease for Unit I with $1,600 of cash.

53. Mr. Manns further explained that Mr. Michalowski oversaw the marijuana grows in Units G and I.

54. Mr. Manns told law enforcement officers that Units G and I were being utilized as active marijuana grows for approximately four years prior to the April 12, 2023 search.

**State Criminal Case**

55. On August 8, 2023, Larimer County charged Travis Michalowski with a four-count felony complaint in *People of the State of Colorado v. Travis James Michalowski*, 2023CR1179 (Larimer County).

56. Among other things, Mr. Michalowski was charged with conspiracy to distribute, or possess with intent to distribute, marijuana of fifty pounds or more and money laundering offenses.

**January 19, 2024 Interview of Brett Meszaros**

57. On January 19, 2024, law enforcement officers interviewed Brett Meszaros. Mr. Meszaros is a co-defendant in the criminal case brought against Mr. Michalowski.

58. Mr. Meszaros told law enforcement officers that Mr. Michalowski hired him to work at the marijuana grow in Unit G of 1413 East Olive Court. Mr. Meszaros further stated that Mr. Michalowski was in charge of the marijuana grows at Units G and I at 1413 East Olive Court.

59. Mr. Meszaros also described the process for growing marijuana in Unit G. He explained that marijuana plants were culled by Mr. Michalowski and further noted that he and Mr. Michalowski did most of the work at the marijuana grow. He explained that Mr. Michalowski was teaching Mr. Meszaros how to grow marijuana.

**Conclusion**

60. Based on the facts and circumstances described above, evidence shows that defendant approximately $86,677.01 in U.S. currency was derived from or involved in illegal drug trafficking.

## VERIFICATION OF JASON TEMPCO
## SPECIAL AGENT, DRUG ENFORCEMENT ADMINISTRATION

I, Special Agent Jason Tempco, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

Jason Tempco
DEA Special Agent

## FIRST CLAIM FOR RELIEF

61. The Plaintiff repeats and incorporates by reference the paragraphs above.

62. By the foregoing and other acts, defendant approximately $86,677.01 in U.S. currency constitutes funds furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and/or funds used or intended to be used to facilitate a violation of 21 U.S.C. § 801, *et seq.*, and is therefore forfeitable to the United Stated pursuant to 21 U.S.C. § 881(a)(6).

63. WHEREFORE, the United States prays for entry of a final order of forfeiture for the Defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

Dated April 8, 2024.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:  */s/ Elizabeth Young*
        Elizabeth Young
        Assistant United States Attorney
        1801 California Street, Ste. 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0405
        E-mail: Elizabeth.Young2@usdoj.gov
        *Attorney for Plaintiff*